UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


KISHIA HOUCK, et al.,

    Plaintiffs,


vs.                                        CASE NO. 8:12-CIV-1506-T-17-TGW


CAREER EDUCATION CORPORATION,
et al.,

    Defendants.

_____/

### ORDER ON MOTION TO EXTEND DEADLINES

This cause is before the Court on the joint motion to extend case deadlines (Doc. 31). The Court finds the motion well-taken. Accordingly, it is

**ORDERED** that the joint motion to extend case deadlines (Doc. 31) be **granted**. The following requested deadlines are set: 1) Plaintiffs' motion for discovery due on or before December 14, 2012; 2) Response to motion for discovery due on or before December 28, 2012; 3) If motion for discovery is granted, Plaintiffs will have ninety days from the order to complete the discovery; and 4) Responses to the pending motions shall be filed within fourteen days of the latter of either the end of the discovery period, if granted, denial of the

motion for discovery, or service of amended motions. The remainder of the request at paragraphs 6 and 7 on page five of the motion are incorporated by reference herein.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 12th day of December, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record